UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RICARDO ORTIZ-ESTRELLO,

      Defendant.
_____/

Case No. 1:05:CR:281

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed July 18, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Ricardo Ortiz-Estrello's plea of guilty to Count Two of the First Superseding Indictment is accepted. Defendant Ricardo Ortiz-Estrello is adjudicated guilty.

3. Defendant Ricardo Ortiz-Estrello shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: August 10, 2006

       /s/ Gordon J. Quist
      GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE